No. 87–6919.  HARRIS *v.* THIERET, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 87–6920.  WELCH *v.* BUTLER, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 87–6921.  FULLER *v.* HARRIS, GOVERNOR OF GEORGIA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 87–6922.  AGNES, AKA MARTIN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 87–6924.  JACKSON *v.* CUYAHOGA COUNTY WELFARE DEPARTMENT ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 87–6928.  JOHNSON *v.* PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 87–6930.  TERRY *v.* JABE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 87–6932.  MABERY *v.* JOHNSON ET AL.  C. A. 4th Cir. Certiorari denied.

No. 87–6933.  WILLIAMS *v.* PLANNED PARENTHOOD ASSOCIATION OF THE ATLANTA AREA, INC., ET AL.  C. A. 11th Cir. Certiorari denied.

No. 87–6934.  ZANOS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 87–6938.  GILLESPIE, PERSONAL REPRESENTATIVE OF THE ESTATE OF GILLESPIE *v.* CHERRY CREEK NATIONAL BANK. C. A. 10th Cir.  Certiorari denied.

No. 87–6944.  BRAKKE ET UX. *v.* FEDERAL LAND BANK OF ST. PAUL ET AL.  Sup. Ct. N. D.  Certiorari denied.

No. 87–6953.  MOTTON *v.* THE JACKSON SUN.  C. A. 6th Cir. Certiorari denied.

No. 87–6955.  RAINE *v.* HENMAN, WARDEN.  C. A. 7th Cir. Certiorari denied.